**George G. Place, Appellee, v. Charles T. Gilmore, Appellant.**

**Gen No. 19,290.     (Not to be reported in full.)**

Appeal from the Circuit Court of Cook county; the Hon. H. STERLING POMEROY, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1913. Reversed. Opinion filed March 31, 1913.

### Statement of the Case.

Action by George G. Place against Charles T. Gilmore and Chicago Addition Mangle Company, a corporation, to recover commissions which plaintiff claims that the defendant Gilmore orally agreed to pay for procuring a purchaser for the business, goodwill, etc., of the said Mangle Company of which said Gilmore was the vice president and largest stockholder. The suit was dismissed as to the defendant company at the close of the evidence and then submitted to a jury on an amended count claiming a contract for commissions with Gilmore. From a judgment in favor of plaintiff, defendant appeals.

HOYNE, O'CONNOR & IRWIN, for appellant; CARL J. APPELL, of counsel.

BEACH & BEACH, for appellee.

MR. JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

BROKERS, § 88*—*when judgment for commissions not sustained by the evidence.* In an action to recover commissions for procuring a purchaser for the business, good-will, etc., of a certain company, a judgment for plaintiff *held* not sustained by the evidence,

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.

it appearing that the plaintiff did not find a purchaser for the purchase price agreed upon but that he procured a purchaser who made an offer of some kind, and there was no evidence to show an acceptance of the offer.

## Charles S. Quinlan and Howell N. Tyson, copartners as Quinlan & Tyson, Appellees, v. Mary E. Towle, Appellant.

### Gen. No. 19,295. (Not to be reported in full.)

Appeal from the County Court of Cook county; the Hon. FRANK G. PLAIN, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1913. Affirmed on remittitur. Opinion filed March 31, 1914.

### Statement of the Case.

Action by Charles S. Quinlan and Howell N. Tyson, copartners doing business as Quinlan & Tyson, against Mary E. Towle to recover commissions and certain expenses incurred in procuring a purchaser for real estate for defendant. The title to the property became vested in four heirs of Mrs. E. J. Towle, deceased, of whom defendant was one, each having an undivided one-fourth interest therein. At the time of the transaction in question, one of the heirs had died and her title was vested in her minor children subject to her husband's dower rights. One Miss Bartelme was the guardian of said children. The defendant had a power of attorney for the management of the property, but not for its sale. One Mrs. Anderson, desiring to purchase the property, was referred by the defendant to plaintiff's manager, as her agent, who took up and carried on negotiations resulting in a contract of sale, drawn by the manager and signed by the defendant and Mr. and Mrs. Anderson. Underneath defendant's